# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **MAHAMED KHAN,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**MARK'S ADVANCE TOWING LLC,** *et al.*,<br><br>      **Defendants.** | Case No. 20–cv–06095–CCC–ESK<br><br>**REPORT AND RECOMMENDATION** |

      **THE COURT** having entered a notice of call for dismissal on December 31, 2020 notifying plaintiff that this matter would be dismissed for plaintiff's failure to effectuate service of the summons and complaint (ECF No. 14); and this case having been administratively terminated on August 9, 2021 due to plaintiff's failure to effectuate service (ECF No. 19); and plaintiff having failed to file a formal motion to reinstate this case by August 23, 2021 (*id.*);

      **IT IS** on this **26th** day of **April 2023** **RECOMMENDED** that:

      1.    This matter be **DISMISSED**. The Clerk of the Court shall activate this report and recommendation to indicate that it requires further action by the District Judge. The parties have **14 days** to file any objections to this report and recommendation pursuant to Local Civil Rule 72.1(c)(2).

      */s/ Edward S. Kiel*
      **EDWARD S. KIEL**
      **UNITED STATES MAGISTRATE JUDG**