# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAHAMED KHAN,<br><br>                Plaintiff,<br><br>v.<br><br>MARK'S ADVANCE TOWING LLC, *et al.*,<br><br>                Defendants. | Civil Action No.: 20-cv-06095 (CCC)<br><br>**O R D E R** |

This matter comes before the Court on Magistrate Judge Edward S. Kiel's Report and Recommendation, issued on April 26, 2023, that this case be dismissed. ECF No. 20. The case was administratively terminated on August 10, 2021 for Plaintiff's failure to effectuate service of the summons and complaint, and Plaintiff failed to file a formal motion to reinstate the case by August 23, 2021. ECF No. 19. No objections have been filed thereto. The Court has considered Judge Kiel's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 14th day of June, 2023,

**ORDERED** that this Court adopts Judge Kiel's April 26, 2023, Report and Recommendation that the matter should be dismissed; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

                                                          **HON. CLAIRE C. CECCHI**
                                                          **United States District Judge**